# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FREDRICK MARTINEZ,

    Petitioner,

vs.

STATE OF NEVADA, et al.,

    Respondents.

Case No. 3:14-cv-00097-RCJ-VPC

**ORDER**

The court directed petitioner to show cause why this action should not be dismissed because it is untimely. Order (#4). Petitioner has not responded within the allotted time, and the court will dismiss the action.

Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

IT IS THEREFORE ORDERED that this action is **DISMISSED** with prejudice as untimely. The clerk of the court shall enter judgment accordingly.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

Dated: November 19, 2014.

_____
ROBERT C. JONES
United States District Judge