AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

FREDRICK MARTINEZ,

      Petitioner,       JUDGMENT IN A CIVIL CASE

V.

                     CASE NUMBER: **3:14-cv-00097-RCJ-VPC**

STATE OF NEVADA, *et al.*,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** with prejudice as untimely.

    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


November 19, 2014                                     **LANCE S. WILSON**
                                                                                 Clerk

                                                                                /s/ J. Cotter
                                                                                Deputy Clerk